IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HORACE ASH,

    Petitioner,

v.                                               CASE NO. 4:08-cv-215-RH-AK

STATE OF FLORIDA, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Horace Ash. Petitioner has also filed a motion for leave to proceed *in forma pauperis*. Doc. 3. However, the motion is incomplete, as it does not contain a financial certification from a prison official. Therefore, amendment of the IFP motion is required.

Furthermore, the petition is not on the proper form, and thus, Petitioner must file an amended petition on the form which will be supplied by the Clerk. In completing the § 2254 form, Petitioner is reminded that the petition must specify all the grounds for relief available to him; state the facts supporting each ground; state the relief requested; be printed, typewritten, or legibly handwritten; and be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under § 2242. § 2254 Rule 2(c)(1)-(5); *see also* N.D. Fla. Loc. R. 5.1(J)(3) (petition should not make reference to memorandum but must set forth claims and facts on form). The amended petition must be filed in its entirety, incorporating all

amendments, as matters not set forth in the second amended petition are deemed abandoned. Loc. R. 15.1.

Accordingly, it is **ORDERED**:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **June 17, 2008**, to either file an amended application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

That the Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **June 17, 2008**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  *15th*  day of May, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 4:08-cv-215-RH-AK*