IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HORACE ASH,

        Petitioner,

v.                                            CASE NO. 4:08-cv-215-RH-AK

DALE ELLIS,

        Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Amended Motion for Leave to Proceed *in forma pauperis*, by Horace Ash. Petitioner has not submitted a financial certificate which has been completed by a prison official.  Thus, the motion for IFP requires amendment.  Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification and account information.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **July 8, 2008**, to file a second amended application for leave to proceed *in forma pauperis* which includes his inmate account information and a certification from a prison official, clearly designated as a "second amended" application, or pay the $5.00 filing fee;

Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

DONE AND ORDERED this   *4th*   day of June, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**